```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  ILA C. DEISS, NY SBN 3052909
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7124
 6      FAX: (415) 436-7169
```

 7  Attorneys for Defendant

 8                UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  DALJIT SINGH,                   )
                                    )   No. C 09-4379 JSW
12              Plaintiff,          )
                                    )
13       v.                         )   **STIPULATION TO DISMISS AND**
                                    )   ~~[PROPOSED]~~ **ORDER**
14  ALEJANDRO MAYORKAS, Director,   )
    United States Citizenship and Immigration )
15  Services,                       )
                                    )
16              Defendant.          )
                                    )

17

18       Plaintiff, by and through his attorney of record, and Defendant by and through his attorney

19  of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P.

20  41(a).

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation to Dismiss
No. C 09-4379 JSW

Each of the parties shall bear their own costs and fees.

Date: December 1, 2009              Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    _____/s/_____
                                    ILA C. DEISS[1]
                                    Assistant United States Attorney
                                    Attorneys for Defendant


                                    _____/s/_____
Date: December 1, 2009              JONATHAN M. KAUFMAN
                                    Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 2, 2009              _____
                                    JEFFREY S. WHITE
                                    United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.